UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

FRANK PELLEGRINO,

                      Movant,

    -against-

UNITED STATES OF AMERICA,

                      Respondent.

-------------------------------------------------------------------x

**ORDER**
07 Civ. 08259 (GBD) (KNF)

GEORGE B. DANIELS, District Judge:

    Defendant Frank Pellegrino has filed a motion for return of property seized in <u>United States v. Celaya, et al.</u>, No. 03 Cr. 00860 (RCC)(S.D.N.Y. Oct. 21, 2005). I direct the Clerk of the Court to serve a copy of this order and the underlying motion by first-class mail upon the United States Attorney's Office for the Southern District of New York.

    The United States is to respond to the motion by December 21, 2007.

Dated: New York, New York
       November 7, 2007

SO ORDERED:

_George B. Daniel_
GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 8 2007